(This form is intended to be used by persons who are not represented by an attorney. The form should NOT be used by a prisoner who is filing a complaint under the Civil Rights Act, 42 U.S.C. section 1983. A separate form is obtainable for prisoners.)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA



RECEIVED
MAY 8 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Kay B Hofland
_____
_____
_____
_____

(Enter above the **FULL** name of each plaintiff in this action)

vs.                                                                      **COMPLAINT**

3M Company
_____
_____
_____
_____

(Enter above the **FULL** name of each defendant in this action)

**Parties**
(In item A below, place your name in the first blank and place your present address and telephone number in the second blank. In the third blank write the state where your home is ("Home State"). In item B below, do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Kay B Hofland

   Address & Telephone Number  375 Whiteoak LN Grand Island, NY 14072

   Home State  New York

B.  Additional Plaintiffs (include addresses, telephone numbers and home state for each)

(In item C below, place the **FULL** name of the defendant in the first blank place, the address and telephone number for the defendant in the second blank. In the third blank, write the state in which the defendant has his/her home. If the defendant is a corporation, list the location of its home office, and the state where it is incorporated, if known. If the defendant is a government agency, simply name it. In item D, do the same for additional defendants, if any.)

C.  Name of defendant  3M Company

   Address & Telephone Number  3M Corporate Headquarters
   3M Center
   St. Paul, MN 55144

   Home State  Delaware

D.  Additional Defendants (include addresses, telephone numbers and home state for each).
   Home office  1209 Orange St.
   Wilmington DE 19801

**STATEMENT OF CLAIM**

(State here as briefly as possible the **FACTS** of your case. You **MUST** state **EXACTLY** what each defendant personally did, or failed to do, which resulted in harm to you. State the date **AND** place of all events. Attach an extra sheet if necessary, and write the heading "Part II Continued" at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

I was hired by 3M Company on Sept. 11, 2006 as a Skin Health Specialist (Sales Representative) with known disabilities and need for Accommodation. Accommodation was granted until Oct of 2007 when the Medical Division split into 2 areas, Skin Health and Infection Control. New managers were assigned during this time. I had also been physically threatened by a co-worker Bobby Hays, and HR and both my prior manager John Cosby and new manager Jamie Wolf were informed. Another co-worker Jan Redick (see pgs.

(If you know, **BRIEFLY** state what **SPECIFIC** law of constitutional provisions defendant(s) violated.)

Title VII ADA

**RELIEF**

made proper provisions, as not to affect my employment, and did not want to file the complaint. Safety was 3M's HR department greatest concern, and instruction were given to me as to how to protect myself and my family. Also Advised on working together, and how I should proceed.

During this time frame, Winter 2007 and Spring and Summer 2008 was the Natural disaster occurring in Cedar Rapids, Iowa City area. My home, and entire life turned upside down and I requested help from 3M, to no avail.

I continued to work and was on of the top sales reps in the region for 2008

In April of 2008 I sold 2 large accounts and also taught a program on selling to the Federal Government. As I am a Disabled Veteran of the US NAVY, I request help with education of these account via a phone conversation with Jamie Wolf. When he answered the phone, I could tell he was drunk due to his slurred speech and giddiness. I request certain Nurse Consultants for specialty education based on products sold. An hour passed and I recieved an email with cc to managers requesting the wrong specialist and the wrong accounts names. I followed up and forwarded a corrected response to all.

During the setting up of education conflicts arosed due to timeliness of preparation. I did not recieve the promised help for education and had to coordinate all. I was working approx. 20 hours per day, 7 days per week and traveling

others. I was forced to travel to a meeting in Lincoln, NE that my manager was supposed to cover, and he was again drinking, but this time he verbally abused his management power and left the meeting early, I drove him to the airport, and it was on the drive over he became abusive. I had to stop a get gasoline, to get away from the verbal assault. Upon arrival back to our vendor show, my co-work Jan Redick could see I was visiably shaken and I informed her of his behavior this was in late May of 2008. I was so busy and working to finish education of accounts, I let it drop. I attended a conference in Canada, returned home in inclimate weather and was delayed in Chicago due to flooding and flight cancellations. Rented a car and drove home, due to needing to catch another flight out to western Nebraska and prepare for meetings. This was in June of 2008 during the flooding of Linn and Johnson Co. I watched helplessly on TV and could not get flight home. I also had lost contact with my 15 year old son. Everyone was ok, but my home recieved damages. I continued to work and volunteer to help with flood clean up and repairs to my home. I request assistance from 3M, but was given 2 day off and told or asked that things would be as normal (work)                    (over) page 3

complied took a scheduled vacation to escape the devistation. July 4th for a week. Continued to work while working and dealing with the flood aftermath, IN Oct 2008, I was called to the 3M Corporate Headquarters By Peggy Huigens. I was placed in a meeting with Peggy, National sales manager and HR.

I was accused of multiple things such as cursing at customers ect. I told them that these statements had been made, but not by me. They were statements made by my co workers to me. I only stated I said one thing And that was telling Jan Redick Jamie had been drinking.

At this point, I was placed in an extremly Hostile work environment. And was forced to have meeting with Jamie Wolf where he again became verbally Abusive And unrealistic. He would call me and give me a task, and then send out email and change the task. I won top sales in Region during this time frame Also year 2008. I had started to have some signs of depression as well as increased pain levels due to excessive work an unneccessary work stress. And was placed on Medication by my VA Dr.'s

PAGE 4

IN Dec 2008, Jamie Wolf called and accused me of not doing all of my administrative duties and I told him I was having some issues with depression and was on medication. He reported this to corporate.

IN Feb 2009 I was placed on corrective action for no reason, and was told it was to make me a better rep. I was also give more responsibility and reporting to 2 managers. I was being retaliated against, intimidated by and harrassed by my management team, and reported to HR, but was told I needed to complete the informal corrective action plan. I asked for a 360 eval which was denied, I did not know what I needed to change. I had been a top rep. I took short term disability and came back too soon due to concerns of loosing large accounts. I was pushed beyond my physical and mental capacity. Requested accommodation in the form of audio or snow tires and assistance were denied. I was wrongfully terminated Oct 21, 2009 after being called out of a meeting and backed against a wall and verbally assalted by Jamie Wolf.

Kay B Utdland

(State briefly **EXACTLY** <u>what you want the Court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.)

I would like the Court to hear the complaint And Allow suit. And I Am Requesting for back pay, future wages, loss of stock options And pension funding As well As pain And suffering caused by 3M Company to my family And myself. In the Amount of $7,000,000.00

**Signature(s) of Plaintiff(s)**

Signed this __7__ day of __May__, __2013__.

__Kay B Hofland__      __716-775-9086__
(Signature of Plaintiff)      (Area Code)-Telephone Number

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kay B Hofland

## DEFENDANTS
3M Company

**(b)** County of Residence of First Listed Plaintiff   Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
General Counsel 3M Corporate

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Title VII ADA 42:1983ed civil rights employment discrimination
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 7,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 05/07/2013
SIGNATURE OF ATTORNEY OF RECORD  Kay B Hofland (self representing)

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE